ent. — Judgment affirmed, with costs. Opinion by Andrews, J.

James H Lusbie, as Administrator, etc., Respondent, v. Richard Meares, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by O'Brien, J.

Frank Donohue, as Administrator, etc., Respondent, v Richard Meares, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by O'Brien, J.

Charles A. Dunn, Appellant, v. George H. Lewis, Respondent. — Order affirmed, with ten dollars costs and disbursements, Opinion by Van Brunt, P. J.

Charles Donohue and another, Respondents, v. William L. Pomeroy, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Joaquin Sanchez, Respondent, v. Andrew G.

Dickinson, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Pittsfield National Bank, Respondent, v. William H. Bayne and others, Defendants, William H. Tailer, Appellant. — Judgment affirmed, with costs and disbursements, on opinion of Special Term.

Daniel E. Sickles, Sheriff, etc., Respondent, v. David A. Sullivan, as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

**Decisions handed down July 7, 1892.**

Sarah E. Mellen, Appellant. v. Gordon McKay Mellen and others, Respondents. — Judgment affirmed, with costs and disbursements. Opinion *Per Curiam.*

John R. Caswell, Respondent, v. Rowland N. Hazard and others, Appellants. — Judgment affirmed, with costs. Opinion by Patterson, J.

---

## SECOND DEPARTMENT, JULY TERM, 1892.

Joseph M. Johnson and another, Executors, Respondents, v. Simon Feist, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

John C. Rocker and another, Respondents, v. Hulda Wildforester, Appellant. — Judgment affirmed, with costs. Opinion by Cullen, J,

Elizabeth McCauley, as Administratrix, etc., Appellant, v. Abram Smith and another, Respondents. — Exception sustained and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Edwin Bailey and others, Respondents, v. Barbara Gluth, Appellant. — Judgment of County Court affirmed, with costs. Opinion by Cullen, J.

David Patton and others, Respondents, v. Maurice E. Townsend and others, Appellants. — Judgment and order overruling demurrer to complaint affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

In the Matter of Bridget Balin. — Judgment affirmed, with costs. Opinion by Dykman, J.

William Smerling v. Wilson P. Foss. — Judgment affirmed, with costs and disbursements Opinion by Barnard, P. J.; Dykman, J., not sitting.

The New Rochelle Water Company, Respondent, v. Emma S. Siebrecht and others, Appellants — Order modified in accordance with opinion, and as modified affirmed, without costs of appeal. Opinion by Cullen, J., Dykman, J., not sitting.

Matter of Application of James Grogan and another — Order affirmed, with costs and disbursements.

Matter of Application of Bridget Mullen and others. — Order affirmed, with costs and disbursements.

Matter of Application of Andrew Chrystie. — Order affirmed. with costs and disbursements.

Matter of Application of Thomas R. Fisher and another. — Order affirmed, with costs and disbursements.

Matter of Application of Alicia Smiddy. — Order affirmed, with costs and disbursements.

Matter of Application of Robert C. Fisher. — Order affirmed, with costs and disbursements.

Matter of Application of Alicia Smiddy and Ellen Ryan. — Order affirmed, with costs and disbursements.

Matter of Application of Maria Jewell. — Order affirmed, with costs and disbursements. Opinion in preceding eight appeals by Justice Barnard; Dykman, J , not sitting.

The People of the State of New York ex rel. James Eckerson and others v. The Board of

Trustees of the Village of Haverstraw. — Proceedings and order of trustees affirmed, with costs. Opinion by Barnard, P. J.

Maria Lydecker v. Samuel Gilchrist. — Judgment affirmed for non-submission of papers according to stipulation.

David M. Butler, Respondent. v. Thomas Dinan, Appellant. — Judgment affirmed, with costs. Opinion by Cullen, J.

Christian Jourgensen, Respondent, v. Benjamin D. Traitel and another, Appellants. — Judgment reversed and new trial granted, with costs to abide event, unless plaintiff stipulates to strike out sum allowed for extra power, and in which case judgment affirmed for balance, without costs of this appeal. Opinion by Barnard, P. J.

Agnes Schleifer, Respondent, v Henry Schleifer, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. The State Commission in Lunacy, Respondent, v. The Superintendent of Poor of Queens County, Appellant. — Order affirmed, with ten dollars costs. Opinion by Dykman, J.; Cullen, J., not sitting.

Matter of Petition of Charles E. O'Connor. — Order of surrogate reversed, without costs, and proceedings remitted to surrogate for further hearing and proof. Opinion by Cullen, J.

Leonora S. Gray, Respondent, v. William T. Baker and another, Appellants. — Order overruling demurrer to plaintiff's complaint and interlocutory judgment therein affirmed, with costs; leave to answer given on payment of costs within twenty days. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Edward D. Shipman, Respondent, v. Thomas J. Cummins, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Alice Crocker and another, Respondents, v. Ervin G. Gollner and another Appellants. — Order affirmed, with costs and disbursements. Opinion by Dykman, J ; Cullen, J., not sitting.

Sumner A. Mason, Appellant, v. Emma J. Mason, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Cullen, J.

Annie J. Parshall, Administratrix, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Reargument ordered.

Lillie S. Taylor, Respondent, v. Granite State Provident Association and others, Appellants. — Orders affirmed, with ten dollars costs of each appeal besides disbursements. Opinion by Cullen, J.; Barnard, P. J., not sitting.